TRINA A. HIGGINS, United States Attorney (#7349)
KELSY B. YOUNG, Special Assistant United States Attorney (#14076)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: kelsy.young@usdoj.gov

FILED US District Court-UT
APR 10 '24 PM 01:13

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. BEAU VENZ, DAN MACHITAR, MORGAN RIGGS, CHARO BEJAR, GORDON SMITH, TRAVIS WORKMAN, SCOTT WILCOX, and DANIEL BOYCE, Defendants. | INDICTMENT<br><br>COUNT 1: 21 U.S.C. §§ 841(a)(1) & 846, Conspiracy to Distribute Methamphetamine (ALL DEFENDANTS)<br><br>COUNT 2: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute (BEAU VENZ AND DAN MACHITAR)<br><br>COUNT 3: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute (BEAU VENZ)<br><br>COUNT 4: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute (BEAU VENZ)<br><br>COUNT 5: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute (BEAU VENZ)<br><br>COUNT 6: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute (MORGAN RIGGS)<br><br>COUNT 7: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute (GORDON SMITH) |

Case: 2:24-cr-00115
Assigned To : Waddoups, Clark
Assign. Date : 4/9/2024

|  | COUNT 8: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute (CHARO BEJAR)<br><br>COUNT 9: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute (CHARO BEJAR)<br><br>COUNT 10: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute (DAN MACHITAR)<br><br>COUNT 11: 21 U.S.C. § 841(a)(1), Possession of Fentanyl with Intent to Distribute (DAN MACHITAR)<br><br>COUNT 12: 18 U.S.C. § 924(c), Possession of a Firearm in Furtherance of a Drug Trafficking Crime (DAN MACHITAR)<br><br>COUNT 13: 18 U.S.C. § 922(g)(1), Felon in Possession of Firearm and Ammunition (DAN MACHITAR) |
|---|---|

The Grand Jury Charges:

## COUNT 1
### 21 U.S.C. §§ 841(a)(1) & 846
### (Conspiracy to Distribute Methamphetamine)

Beginning on a date unknown, and at least as far back as May 1, 2023, and continuing to on or about February 26, 2024, in the District of Utah, and elsewhere,

**BEAU VENZ,**

**DAN MACHITAR,**

2

MORGAN RIGGS,

CHARO BEJAR,

GORDON SMITH,

TRAVIS WORKMAN,

SCOTT WILCOX, and

DANIEL BOYCE,

the defendants herein, did knowingly and intentionally conspire with each other and others known and unknown, to distribute controlled substances, to wit: Methamphetamine, a Schedule II Controlled Substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. §§ 841(a)(1) and 846; and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 2
### 21 U.S.C. § 841(a)(1)
### (Possession of Methamphetamine with Intent to Distribute)

On or about May 10, 2023, in the District of Utah,

**BEAU VENZ AND DAN MACHITAR,**

the defendants herein, did knowingly and intentionally possess with intent to distribute Methamphetamine, a Schedule II Controlled Substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2; and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 3
### 21 U.S.C. § 841(a)(1)
### (Possession of Methamphetamine with Intent to Distribute)

On or about May 24, 2023, in the District of Utah,

**BEAU VENZ,**

the defendant herein, did knowingly and intentionally possess with intent to distribute Methamphetamine, a Schedule II Controlled Substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 4
**21 U.S.C. § 841(a)(1)**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about June 21, 2023, in the District of Utah,

**BEAU VENZ,**

the defendant herein, did knowingly and intentionally possess with intent to distribute Methamphetamine, a Schedule II Controlled Substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 5
**21 U.S.C. § 841(a)(1)**
**(Possession of Methamphetamine with Intent to Distribute)**

On or about June 27, 2023, in the District of Utah,

**BEAU VENZ,**

the defendant herein, did knowingly and intentionally possess with intent to distribute Methamphetamine, a Schedule II Controlled Substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 6
## 21 U.S.C. § 841(a)(1)
### (Possession of Methamphetamine with Intent to Distribute)

On or about June 21, 2023, in the District of Utah,

**MORGAN RIGGS,**

the defendant herein, did knowingly and intentionally possess with intent to distribute Methamphetamine, a Schedule II Controlled Substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 7
## 21 U.S.C. § 841(a)(1)
### (Possession of Methamphetamine with Intent to Distribute)

On or about July 2, 2023, in the District of Utah,

**GORDON SMITH,**

the defendant herein, did knowingly and intentionally possess with intent to distribute Methamphetamine, a Schedule II Controlled Substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 8
## 21 U.S.C. § 841(a)(1)
### (Possession of Methamphetamine with Intent to Distribute)

On or about July 2, 2023, in the District of Utah,

**CHARO BEJAR,**

the defendant herein, did knowingly and intentionally possess with intent to distribute Methamphetamine, a Schedule II Controlled Substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 9
## 21 U.S.C. § 841(a)(1)
### (Possession of Fentanyl with Intent to Distribute)

On or about July 2, 2023, in the District of Utah,

**CHARO BEJAR,**

the defendant herein, did knowingly and intentionally possess with intent to distribute Fentanyl, a Schedule II Controlled Substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 10
## 21 U.S.C. § 841(a)(1)
### (Possession of Methamphetamine with Intent to Distribute)

On or about November 1, 2023, in the District of Utah,

**DAN MACHITAR,**

the defendant herein, did knowingly and intentionally possess with intent to distribute Methamphetamine, a Schedule II Controlled Substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 11
## 21 U.S.C. § 841(a)(1)
### (Possession of Fentanyl with Intent to Distribute)

On or about November 1, 2023, in the District of Utah,

**DAN MACHITAR,**

the defendant herein, did knowingly and intentionally possess with intent to distribute Fentanyl, a Schedule II Controlled Substance, within the meaning of 21 U.S.C. § 812; all in violation of 21 U.S.C. § 841(a)(1), and punishable pursuant to 21 U.S.C. § 841(b)(1)(C).

## COUNT 12
## 18 U.S.C. § 924(c)
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about November 1, 2023, in the District of Utah,

**DAN MACHITAR,**

the defendant herein, did knowingly possess a firearm, to wit: Winchester "SXP" Shotgun (S/N: TR177791YZSP), in furtherance of a narcotics trafficking offense for which he may be prosecuted in a court of the United States as set forth in Count 10 and incorporated herein, that is, knowingly and intentionally possessing Methamphetamine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1); all in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 13
## 18 U.S.C. § 922(g)(1)
### (Felon in Possession of a Firearm and Ammunition)

On or about November 1, 2023 in the District of Utah,

**DAN MACHITAR,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit Winchester "SXP" Shotgun (S/N: TR177791YZSP) and ammunition, and the firearm and ammunition were in and affecting commerce; in violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF SENTENCING ENHANCEMENTS

- **BEAU VENZ**

Before defendant BEAU VENZ, committed the offenses charged in this indictment, he was convicted of <u>Possession With Intent to Distribute Controlled Substance</u>, in the Third District Court of Utah (West Jordan), Salt Lake County, in Case No. 151400809, judgment date of January 21, 2016, which is a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

## NOTICE OF INTENT TO SEEK FORFEITURE

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. § 924; or pursuant to 21 U.S.C. § 853, upon conviction of any offense violating 21 U.S.C. § 841, the defendants shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to:

- $1,810 in U.S. Currency (seized from CHARO BEJAR on July 2, 2023).

- Winchester "SXP" Shotgun, Serial Number: TR177791YZSP (seized from DAN MACHITAR on November 1, 2023).

- Any associated ammunition, magazines, or holsters.

/S/
_____
FOREPERSON OF GRAND JURY


TRINA A. HIGGINS
United States Attorney


_____
KELSY B. YOUNG
Special Assistant United States Attorney